IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY C. DECKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. CIV-18-443-C |
| ) | |
| JEORLD BRAGGS, JR., WARDEN, ) | |
| ) | |
| Respondent. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner through his attorney, was referred to United States Magistrate Judge Suzanne Mitchell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Mitchell entered a Report and Recommendation on August 21, 2018, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in Judge Mitchell's Report and Recommendation and there is no purpose to be served in repeating them yet again. In the objection, Petitioner merely restates the conclusions and legal arguments originally asserted, and raises no issue not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 12), and for the reasons announced therein, the petition for

habeas corpus relief is dismissed, as untimely. As no amendment can cure the defect, this dismissal acts as an adjudication on the merits, and a judgment will enter.

IT IS SO ORDERED this 11th day of September, 2018.

ROBIN J. CAUTHRON
United States District Judge